# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

*a/*
*4-1-15*

| GENESIS ELECTRIC | **Plaintiff** ) | CASE NO. SX-15-SM-0000062 |
|---|---|---|
| Vs. | ) | ACTION FOR: <u>DEBT - SMALL CLAIMS</u> |
| UNITED STATES POST OFFICE (KINGSHILL) | ) **Defendant** ) | |

TO:   <u>UNITED STATES POST OFFICE (KINGSHILL)</u>

ADDRESS:   <u>KINGSHILL POST OFFICE KINGSHILL, VI 00850</u>

PHONE NUMBER:

You are hereby summoned to appear before the Superior Court, located at <u>R.H. Amphlette Leader Justice Complex</u>, Courtroom No. <u>216</u> at <u>9:30</u> o'clock <u>A.M.</u> on the <u>28th</u> day of <u>April, 2015</u> to answer a complaint filed against you in the above entitled case, to wit:

In case of your failure to appear or answer, judgment will be taken against you by default, or other relief demanded, together with all cost incurred.

To the Marshal or any other Peace Officer to serve and return.
Give under my Hand this <u>20th</u> day of <u>March 2015</u>

[US ATTORNEY'S OFFICE ST. CROIX VI RECEIVED 2015 MAR -9 PM 12:08 stamp]

Estrella H. George
ACTING CLERK OF THE COURT
By: TISHA LAURENCIN-O
COURT CLERK II

## RETURN OF SERVICE

I hereby certify that I received this Summons on the _____ day of _____, 20____ and that thereafter, On the _____ day of _____, 20____, I served the same on the above-named defendant, _____, by showing h___ this original and then by delivering to h ___ a copy of the complaint and summons which were forwarded to me attached hereto.

_____
MARSHAL

_____
DEPUTY

EXHIBIT A TO NOTICE OF REMOVAL    (See Reverse)

# SMALL CLAIMS COMPLAINT

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| Genesis Electric     Plaintiff ) | |
| #9 Villa La Reine, P O Box 978 ) | CASE NO. SX-15-SM-62 |
| Kingshill. St Croix 00850 ) | |
| ) | ACTION FOR: Debt |
| Vs. ) | |
| ) | |
| United States Post Office ) | |
| Kingshill, St. Croix 00850    Defendant ) | |

Genesis Electric performed work at the Kingshill Post Office for which i Malcolm John owner of Genesis Electric has not received payment for the company. I have requested payment from the defendant through telephone conversations and emails, but to date I have not been successful in receiving overdue payments.

Attached are copies of emails and invoices sent to the defendant.

Having exhausted all avenues to recover payments, I am left with no option but to take this matter to to Small Claims Court, with hope for a resolution of this matter.

Wherefore the said Plaintiff claims For overdue payment amounting to $7,238.40 plus 10% interest per year for three years nine months which amounts to a total of $9,952.80.

DATED: 3-20-15

3-20-15
$100.00
[signature]

Genesis Electric
Plaintiff
#9 Villa La Reine, PO Box 978
Kingshill. St. Croix 00851
Address

GOTC 690

## GENESIS ELECTRIC

P.O. BOX 978
KINGSHILL, VI 00851
( 340 ) 277 6706 OR ( 340 ) 277 9507

# Invoice

Number: **1013**

Date: **May 17, 2011**

**Bill To:**
KINGSHILL P.O.

**Ship To:**

| Project |
|---|
| Repiar lights |

| Item | Description | Amount |
|---|---|---|
| 1 | Remove and install 2 ballast for fixture inside generator room | 60.00 |
| 2 | Remove and replace 4 tube for light fixture inside generator room | 20.00 |
| 3 | Remove and install 2 ballast for fixture in mail box area | 60.00 |
| 4 | Remove anr replace 8 tubes for light fixture in mail box area | 40.00 |
| 5 | Remove and install 2 ballast for fixture inside post master office | 60.00 |
| 6 | Remove and replace 8 tubes for light fixtures inside post master office | 40.00 |
| 7 | Remove and replace 3 ballast on main floor inside post office | 90.00 |
| 8 | Remove and replace 12 tubes on main floor inside post office | 60.00 |
| 9 | Material | 318.40 |

**Total** $748.40

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $748.40 | $0.00 | $6,805.00 | $5,200.00 | $12,753.40 |



GENESIS ELECTRIC
P.O. BOX 978
KINGSHILL, VI 00850
( 340 ) 277 6706 OR  ( 340 ) 277 9507
FAX 340 713 6706

# Invoice

| Number | 1008 |
|---|---|
| Date | 8/27/2011 |

**Bill To**
Kingshill post office

**Ship To**

Lost power

| Item | Description | Amount |
|---|---|---|
| 1 | Diagnose electrical problem and found primary feeder fuses blown | |
| 2 | Due to generator failer after utility outage generator was discovered with faulty batteries | |
| 3 | Batteries was replaced and connect, also four quarts of engine oil was added | |
| 4 | Labor  material and equipment | $150.00 |

| | |
|---|---|
| Sub Total | $150.00 |
| Total | $150.00 |



# GENESIS ELECTRIC

P.O. BOX 978 KINGSHILL
CHRISTIANSTED, VI 00851
g.electric.rm@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/15/2011 | 1 |

**Bill To**

United States Postal Services
Location: Kingshill

| P.O. No. | Terms |
|---|---|
|  |  |

| Description | Amount |
|---|---|
| 1. Removal and replacement of ballast and bulbs for fifteen parking lot light fixtures with bucket truck. | 2,625.00 |
| 2. Removal and installation for 400 watts fixture inside the post office with scaffold. | 125.00 |
| 3. Installation of new photocell and time clock to operate parking lot light fixtures through contractors. | 800.00 |
| 4. Removal and replacement of ballast and bulbs in three 4'-0" fixtures located at the back of the building in the generator area. | 120.00 |
| 5. Re-installed fallen 4'-0" light fixture at the back of building next to the generator. | 50.00 |
| 6. Removal and replacement of ballast and tubes for 4'-0" ceiling light fixtures. | 250.00 |
| Materials and Equipment | 2,370.00 |

All work is complete!

| | | | | Total | $6340.00 |
|---|---|---|---|---|---|
| | | | | Payments/Credits | $0.00 |
| Phone # | 340-277-6706 | Fax # | 340-713-6706 | Balance Due | $6,340.00 |



# GENESIS ELECTRIC

P.O. BOX 978 KINGSHILL
CHRISTIANSTED, VI 00851
g.electric.rm@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/20/2011 | 3 |

United States Postal Services
Location: Kingshill

| Description | Amount |
|---|---|
| 1. Removal and install 2 ballast for fixture inside generator room. | 60.00 |
| 2. Removal and replace 4 tube for light fixture inside generator room. | 20.00 |
| 3. Remove and install 2 ballast for fixture in mail box area | 60.00 |
| 4. Removal and replace 8 tubes for light fixture in mail box area. | 40.00 |
| 5. Remove and install 2 ballast for fixture inside post master office | 60.00 |
| 6. Remove and replace 8 tubes for light fixtures inside post master office | 40.00 |
| 7. Remove and replace 3 ballast on main floor inside post office | 90.00 |
| 8. Remove and replace 12 tubes on main floor inside post office | 60.00 |
| Materials | 318.40 |

All work is complete!

| | | | | |
|---|---|---|---|---|
| Phone # | 340-277-6706 | Fax # | 340-713-6706 | |

| | |
|---|---|
| Total | $748.40 |
| Payments/Credits | $0.00 |
| Balance Due | $748.40 |

*[signature] 12/3/14*

**GENESIS ELECTRIC**
P.O. BOX 978
KINGSHILL, VI 00851
(340) 277-8706 OR (340) 277-9705
FAX 340-713-8706

# Invoice

**Number** 114
**Date** 12/3/2014

**Bill To**
KINGSHILL POST OFFICE
#2 B ESTATE LA REINE
KINGSHILL, 00850
ST. CROIX

**Ship To:**

| PO Number | Terms | Project |
|---|---|---|
| | | AC REPAIR |

| Item | Description | Amount |
|---|---|---|
| 1 | Troubleshoot and repair circuit for AC unit, by splicing burned wire from compressor to contactor | $120.00 |
| 2 | Service call to repair iceing AC unit | $90.00 |
| 3 | Labor, material, and equipment | |

| | | | |
|---|---|---|---|
| Amount Paid | $0.00 | Discount | $0.00 |
| Amount Due | $210.00 | Shipping Cost | $0.00 |
| | | Sub Total | $210.00 |
| | | Total | $210.00 |

3/17/2015          Gmail - Invoices



Genesis Electric <g.electric.rm@gmail.com>

## Invoices

6 messages

**Genesis Electric** <g.electric.rm@gmail.com>      Thu, Sep 15, 2011 at 8:37 AM
To: "Lake, Angela - Kingshill, VI" <angela.lake@usps.gov>

These are the electrical invoices waiting for payment

**3 attachments**

- Kingshill_PO.pdf
  91K

- 1008 Kingshill post office.pdf
  122K

- Invoice_1013_KINGSHILL P.O..pdf
  82K

---

**Lake, Angela - Kingshill, VI** <Angela.Lake@usps.gov>      Sat, Sep 24, 2011 at 11:47 AM
To: Genesis Electric <g.electric.rm@gmail.com>

Mr. John:

Thanks for the reminder. I will forward your email to the Facilities Service Office.

Angela Lake

---

From: Genesis Electric [g.electric.rm@gmail.com]
Sent: Thursday, September 15, 2011 5:37 AM
To: Lake, Angela - Kingshill, VI
Subject: Invoices
[Quoted text hidden]

---

**Genesis Electric** <g.electric.rm@gmail.com>      Wed, Jul 30, 2014 at 6:05 AM
To: malcolm john <malcolmtjohn@gmail.com>
Cc: Malcolm John <malcolmjhn362@gmail.com>

[Quoted text hidden]

**3 attachments**

- Kingshill_PO.pdf
  91K

- 1008 Kingshill post office.pdf
  122K

- Invoice_1013_KINGSHILL P.O..pdf
  82K

---

**malcolm john** <malcolmtjohn@gmail.com>      Wed, Jan 21, 2015 at 6:27 PM

3/17/2015                        Gmail - Invoices

To: Genesis Electric <g.electric.rm@gmail.com>

---------- Forwarded message ----------
From: **Genesis Electric** <g.electric.rm@gmail.com>
[Quoted text hidden]

**3 attachments**

📎 **Kingshill_PO.pdf**
    91K

📎 **1008 Kingshill post office.pdf**
    122K

📎 **Invoice_1013_KINGSHILL P.O..pdf**
    82K

**Genesis Electric** <g.electric.rm@gmail.com>                        Wed, Jan 21, 2015 at 6:38 PM
To: "Lake, Angela - Kingshill, VI" <angela.lake@usps.gov>

Good day miss Lake it has been quite a while i have been waiting to received payment from those invoices, i would like to received payment before the ending of this month, if payment is not received i will have no other choices but to take the kingshill post office to court, looking forward to hear from the post office

---------- Forwarded message ----------
From: **Lake, Angela - Kingshill, VI** <Angela.Lake@usps.gov>
Date: Sat, Sep 24, 2011 at 11:47 AM
Subject: RE: Invoices
To: Genesis Electric <g.electric.rm@gmail.com>

Mr. John:

Thanks for the reminder. I will forward your email to the Facilities Service Office.

Angela Lake

**Lake, Angela - Kingshill, VI** <Angela.Lake@usps.gov>               Wed, Jan 21, 2015 at 7:00 PM
To: Genesis Electric <g.electric.rm@gmail.com>

Hello Malcom:

I sent a reminder to the manager. give me your bank routing no for credit card payment please.