IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| GENESIS ELECTRIC,<br><br>　　　　Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | Civil No.: **2015/00029** |

STIPULATION OF DISMISSAL

Plaintiff, Malcolm John d/b/a Genesis Electric, *pro se* and Defendant, the United States Postal Service, through its Attorneys, Ronald W. Sharpe, United States Attorney, and by Angela Tyson-Floyd, Assistant United States Attorney, hereby stipulate and agree that this matter be dismissed with prejudice, the parties having amicably settled their differences, with each party to bear its own costs and attorneys' fees.

A proposed order of dismissal is attached hereto.

Dated: July 8, 2015

RONALD W. SHARPE
United States Attorney
Counsel for Defendant

By: _____
Angela P. Tyson-Floyd
Assistant U.S. Attorney

Dated: July 8, 2015

By: _____

**Malcolm John,** *Pro Se*
**D/B/A Genesis Electric**

ACKNOWLEDGEMENT OF SIGNATURE OF MALCOLM JOHN

TERRITORY OF THE VIRGIN ISLANDS )
ST. CROIX ) SS:

On this 7th day of July, 2015, before me personally appeared Malcolm John, d/b/a Genesis Electric, *pro se*, known to me to be the individual who executed the foregoing instrument, and acknowledged that he, having the requisite authority to do so, executed the same freely and voluntarily, for the purposes therein stated.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

> Ruthlyn I. Frederick
> NOTARY PUBLIC
> ST. CROIX, VIRGIN ISLANDS
> MY COMMISSION EXPIRES 11/10/2015
> NP-113-11

2