IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

**GENESIS ELECTRIC**,

      Plaintiff,

vs.

**UNITED STATES POSTAL SERVICE**,

      Defendant.

Civil No.: **2015/00029**

ORDER

The parties having filed a joint stipulation to dismiss this matter with prejudice, with each party to bear their own costs, it is hereby

**ORDERED**, that this case is dismissed with prejudice, with each party to bear their own costs.

SO ORDERED, this _____ day of _____, 2015.

_____
GEORGE W. CANNON, JR.
Magistrate Judge